

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2022

No. 04-21-00345-CR

**EX PARTE** Vanessa Marie **VILLANUEVA**

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A1523-1
Honorable Albert D. Pattillo, III, Judge Presiding

## O R D E R

On October 13, 2022, we granted appellant an extension of time to file a motion for rehearing, and we set the due date for the motion for rehearing as November 14, 2022. On November 14, 2022, appellant filed a motion requesting a second extension until December 19, 2022. After consideration, we **grant** the motion. Appellant's motion for rehearing is due **by December 19, 2022**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court